BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bkt@thorndal.com
Attorneys for Defendants,
Centennial Toyota and
Toyota Motor Credit Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KUZAVA,<br><br>     Plaintiff,<br><br>vs.<br><br>CENTENNIAL TOYOTA AND<br>TOYOTA MOTOR CREDIT CORPORATION<br><br>     Defendants. | CASE NO. 2:24-cv-00515-RFB-NJK |

### [PROPOSED] STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER

### (FIRST REQUEST)

IT IS HEREBY STIPULATED by and between plaintiff, David Kuzava, by and through his counsel of record, Gustavo Ponce, Esq. of the law firm Kazerouni Law Group, APC and defendants Centennial Toyota and Toyota Motor Credit Corporation, by and through their counsel, Brian K. Terry, Esq. of the law firm Thorndal Armstrong, PC and hereby stipulate to allow defendants, Centennial Toyota and Toyota Motor Credit Corporation additional time to file their answer to plaintiff's complaint, up to and including May 10, 2024.  This stipulation is

-1-

entered into to allow defendants to coordinate and resolve the tender issue between Centennial Toyota and Toyota Motor Credit Corporation.

| | |
|---|---|
| Dated this 15th day of April, 2024. | Dated this 15th day of April, 2024. |
| KAZEROUNI LAW GROUP, APC | THORNDAL ARMSTRONG, PC |
| /s/ Gustavo Ponce | /s/ Brian K. Terry |
| Gustavo Ponce, Esq.<br>Nevada Bar No. 15084<br>Mona Amini, Esq.<br>Nevada Bar No. 15381<br>6787 W. Tropicana Ave., Ste. 250<br>Las Vegas, Nevada  89103<br><br>Attorney for Plaintiff, David Kuzava | Brian K. Terry, Esq.<br>Nevada Bar No. 3171<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, Nevada  89101<br><br>Attorney for Defendants,<br>Centennial Toyota and<br>Toyota Motor Credit Corporation |

### ORDER

**IT IS SO ORDERED.**

Dated this 16th day of April, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

Submitted by:
THORNDAL ARMSTRONG, PC

/s/ Brian K. Terry
_____
BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada  89101
Attorney for Defendants,
Centennial Toyota and Toyota Motor Credit Corporation