Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,
David Kuzava*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **DAVID KUZAVA,** | Case No.: 2:24-cv-00515-RFB-NJK |
| Plaintiff, | **STIPULATION OF DISMISSAL OF CENTENNIAL TOYOTA AND TOYOTA MOTOR CREDIT CORPORATION** |
| vs. | |
| **CENTENNIAL TOYOTA AND TOYOTA MOTOR CREDIT CORPORATION,** | |
| Defendants. | |

///

///

///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff David Kuzava ("Plaintiff") and Defendants Centennial Toyota and Toyota Motor Credit Corporation (together referred to as "Defendants") stipulate to dismiss with prejudice Plaintiff's claims against Defendants. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of October 2024.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**THORNDAL ARMSTRONG, PC**

By: /s/ Brian K. Terry
Brian K. Terry, Esq.
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
*Attorneys for Defendants
Centennial Toyota and
Toyota Motor Credit Corporation*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: October 15, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 15, 2024, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*